Civil Action No. 2:22-cv-00168-TBM-RPM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Rimkus Consulting Group, Inc
on *(date)* 03-30-2023 .

☒ I served the subpoena by delivering a copy to the named person as follows: Matt Thibodeaux
At CT Corp 645 Lakeland E. #101 Flowood, MS
on *(date)* 03-30-2023 ; or 1124 Hrs

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03-30-2023

[signature]
*Server's signature*

Jimmy H Taylor / process server
*Printed name and title*

PO Box 720626
Jackson MS. 39272
*Server's address*

Additional information regarding attempted service, etc.:

Print | Save As... | Add Attachment | Reset

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Jonathan Monroe and Amy Monroe
*Plaintiff*
v.
Allstate Vehicle and Property Insurance Company and John Does 1-10
*Defendant*

Civil Action No. 2:22-cv-00168-TBM-RPM

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Rimkus Consulting Group, Inc.
c/o CT Corporation System
645 Lakeland E Drive, Flowood, MS 39232
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit "A."

| Place: Dukes Dukes & Hunter<br>P.O. Box 2055<br>Hattiesburg, MS 39403 | Date and Time:<br>April 10, 2023 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3/30/2023

*CLERK OF COURT*

_______________________
*Signature of Clerk or Deputy Clerk*

OR

Seth M. Hunter
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ____________, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Exhibit "A"**

Please produce certified copies of any and all documents and things related to the fires that occurred on March 11, 2021 at the home of Jonathan Monroe and Amy Monroe at 668 Lynn Ray Rd., Petal, MS 39465.

This request includes, but is not limited to, any and all investigative files, investigative reports and supporting documents any and all inspections performed and supporting documents, reports, video recordings, audio recordings, photographs, statements, correspondence, notes, letters, e-mails, office communication, text messages, social media messages, communications with Jonathan Monroe, Amy Monroe, Allstate Vehicle and Property Insurance Company and its employees and/or representatives and EFI Global, Inc. and its employees and/or representatives. Your response should include, but not be limited to, the entire file of W. Andrew Asbell, CFI, CFEI, CVFI as related to the above-referenced fires.

For your convenience, the party issuing this subpoena has attached a records certification form and asks that it be used to authenticate the documents sought.