IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JONATHAN MONROE**  **PLAINTIFFS**
*and* **AMY MONROE**

**v.**  **CIVIL ACTION NO. 2:22-cv-168-TBM-RPM**

**ALLSTATE VEHICLE AND PROPERTY**
**INSURANCE COMPANY** *et al.*  **DEFENDANTS**

## ORDER DENYING MOTION TO DISMISS

This matter came before the Court on the Defendant Allstate's Motion [33] to Dismiss Certain Counts of the Plaintiffs' First Amended Complaint. At the hearing conducted in this matter on March 13, 2024, the Court, having considered the Amended Complaint [29], the arguments of counsel, and the relevant legal authority, announced its detailed findings and conclusions. The Court concluded that the Defendant's Motion to Dismiss should be denied.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on March 13, 2024, the Defendant's Motion [33] to Dismiss is DENIED.

This the 14th day of March, 2024.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**