IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JONATHAN MONROE** **PLAINTIFFS**
*and* **AMY MONROE**

**v.**  **CIVIL ACTION NO. 2:22-cv-168-TBM-RPM**

**ALLSTATE VEHICLE AND
PROPERTY INSURANCE
COMPANY** **DEFENDANT**

**ORDER**

This matter came before the Court on Defendant Allstate Vehicle and Property Insurance Company's ("Allstate") Motion for Partial Summary Judgment [85], Allstate's Motion to Exclude/Limit Experts' Testimony [87], and Plaintiffs' Jonathan and Amy Monroe's Motion to Strike [105]. At the hearing conducted on December 2, 2024, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed finding and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that Allstate Vehicle and Property Insurance Company's Motion for Partial Summary Judgment [85] is GRANTED IN PART and DENIED IN PART. For the reasons discussed on the record at the hearing on this matter, the Plaintiffs' claims for bad faith denial of payment and conversion are DISMISSED. The Plaintiffs' claims for bad faith delay in payment, tortious breach of contract, breach of the implied duty of good faith and fair dealing, intentional and negligent infliction of emotional distress, extracontractual damages, and breach of contract remain.

IT IS FURTHER ORDERED AND ADJUDGED that Allstate's Motion to Exclude/Limit Experts' Testimony [87] is GRANTED IN PART and DENIED IN PART. For the reasons discussed on the record at the hearing on this matter, the Motion is granted in that the Plaintiffs' insurance

expert, Jack C. Williams, is not permitted to offer any opinions that Allstate acted in bad faith or breached any legal duty owed to the Plaintiffs. The Motion is otherwise denied—as any objections to Mr. Williams' testimony regarding Allstate's guidelines or to the testimony of the Plaintiffs' contents loss expert, Rikki McGreggor, are more appropriately raised at trial.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs' Jonathan and Amy Monroe's Motion to Strike [105] is TAKEN UNDER ADVISEMENT.

This, the 3rd day of December, 2024.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE